IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KEITH CARROLL, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No: 3:18-cv-00013 |
| | ) |
| UNIVERSITY OF VIRGINIA FOUNDATION, | ) ) |
| | ) |
| Defendant. | ) |

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL
WITH PREJUDICE PURSUANT TO FEDERAL RULE OF
CIVIL PROCEDURE 41(a)(1)(A)(i)

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff Keith Carroll voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted this May 8, 2018.

/s/ L. Leigh R. Strelka
Thomas E. Strelka, VA Bar No. 75488
L. Leigh R. Strelka, VA Bar No. 73355
STRELKA LAW OFFICE, PC
119 Norfolk Avenue, SW,
Warehouse Row, Suite 330
Roanoke, Virginia 24011
Phone: (540) 283-0802
thomas@strelkalaw.com
leigh@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place Drive, Suite 800
Newport Beach, CA 92660
Phone: (949) 706-6464
Fax: (949) 706-6469
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

The undersigned hereby certifies this 8th day of May, 2018 that the foregoing was electronically filed with the Clerk of Court using the CM/ECF system. In addition, the undersigned has sent a copy and notification of such filing to the following:

Brian A. Scotti, Esquire
Gordan & Rees, LLP
1300 I Street, N.W., Suite 825
Washington, DC 20005
bscotti@gordonrees.com

Jeremy Capps, Esquire
Harman Claytor Corrigan & Wellman, P.C.
P.O. Box 70280
Glen Allen, VA 23255
jcapps@hccw.com

*Counsel for Defendant*

/s/ L. Leigh R. Strelka