CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

MAY 16 2018

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| KEITH CARROLL, ) | |
| ) | Civil Action No. 3:18CV00013 |
| Plaintiff, ) | |
| v. ) | **FINAL ORDER** |
| ) | |
| UNIVERSITY OF VIRGINIA FOUNDATION, ) | |
| ) | Hon. Glen E. Conrad |
| Defendant. ) | Senior United States District Judge |
| ) | |

This matter is before the court on the filing of Plaintiff's Notice of Voluntary Dismissal filed May 8, 2018. It is accordingly

ORDERED

that this case shall be and hereby is DISMISSED WITH PREJUDICE pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

The Clerk is directed to certify copies of this Order to all parties.

ENTER: This 16th day of May, 2018.

_____
Senior United States District Judge